**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**ELAN E. RIOS VALAZQUEZ**                    **CIVIL ACTION NO. 26-0996**

                                              **SECTION P**

**VS.**

                                              **JUDGE TERRY A. DOUGHTY**

**D.C. COLE, ET AL.**                         **MAG. JUDGE DAVID J. AYO**


## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 18] having been considered, together with the written objections thereto filed with this Court [Doc. No. 19], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Elan E. Rios Valazquez's petition for habeas corpus [Doc. No. 1] is **DENIED AND DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

MONROE, LOUISIANA, this 13th day of August, 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE